137 P.3d 386–387

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**June 21, 2006**

| | | |
|---|---|---|
| 27428 | Cedillos v. State | Affirmed |

**June 26, 2006**

| | | |
|---|---|---|
| 27277 | Keahi v. State | Affirmed |

**June 27, 2006**

| | | |
|---|---|---|
| 27359 | Egusa v. Egusa | Vacated and Remanded |
| 27124 | Giles v. Giles | Affirmed |
| 27528 | National Mortg. Real Estate Corp. v. Stevens | Affirmed |
| 27216 | Okada v. Okada | Affirmed and Remanded |
| 26831 | State v. Leak | Affirmed |

**June 28, 2006**

| | | |
|---|---|---|
| 26969 | Baclaan v. State | Affirmed |
| 27033 | State v. Suzuki | Affirmed |
| 26667 | State v. Woods | Affirmed |

**June 29, 2006**

| | | |
|---|---|---|
| 27373 | State v. Alailefaleula | Affirmed |
| 27055 | State v. Davis | Affirmed |

**June 30, 2006**

| | | |
|---|---|---|
| 26222 | Choi v. Valo't | Affirmed |
| 27389 | Leiato v. Crabbe | Vacated and Remanded |
| 26150 | State v. Liles | Reversed |

**July 5, 2006**

| | | |
|---|---|---|
| 27466 | Jones v. Marlin | Affirmed |
| 27484 | Thomas v. Fukumoto | Affirmed |

**July 10, 2006**

| | | |
|---|---|---|
| 27167 | State v. Orpilla | Affirmed |